Exhibit A to the Complaint

**Location:** New York, NY  **IP Address:** 70.19.45.224
**Total Works Infringed:** 55  **ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 355FD4BA792CB16CDC72D6B920FB221C5A453461 | 01/19/2025 15:32:08 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 2 | 10E528DADEE1DC6EB326EB29290260CD27CEF538 | 01/19/2025 15:27:47 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 3 | 945B261D79D3E9E173C44FACDFA113BB73B5ACEB | 12/29/2024 22:46:16 | Milfy | 12/25/2024 | 01/16/2025 | PA0002509400 |
| 4 | 2F872CC3383D684714D4EF9DF5E064793831153D | 12/29/2024 22:39:06 | Milfy | 11/06/2024 | 11/18/2024 | PA0002500974 |
| 5 | C77869AA0DB15373CE8EE07FCFAE2F3831B1B7CF | 11/24/2024 04:45:52 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 6 | F37884A4E84145380EA4F3D70820CB9BC4A8761A | 11/09/2024 20:04:34 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 7 | 5821B492293FBEA1E544890748C0744D8A5DA956 | 10/26/2024 22:22:48 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 8 | 677EC7C04A87BA2EAF3A693E65809232888B5B64 | 10/26/2024 21:35:20 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 9 | FA5E3B945877BE983D745793740B38672C53CAEE | 10/26/2024 21:32:57 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 10 | C324B5EC56B9B56380608136E4AFEC1A09A9104C | 10/26/2024 20:51:08 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 11 | 71026bd79dbb59b0299b2d33ae35dfc21bfe314e | 10/11/2024 07:43:46 | Blacked | 07/17/2021 | 08/02/2021 | PA0002305089 |
| 12 | bc2805a3a0d161cdaae3a44ef4e2955f9b12322c | 10/11/2024 05:45:53 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 13 | be1143baafeb7a3f1111f460533d4b9767d6ecfe | 09/15/2024 23:45:52 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 14 | 0509e4fdb01f49ce8dc29221744bc88fba0d776b | 09/14/2024 08:48:11 | Vixen | 08/06/2021 | 08/23/2021 | PA0002308435 |
| 15 | 029cc4a772b0b83ee53f767fdd4f63c281ea91ea | 09/07/2024 11:47:31 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 16 | 94fbe091ad83512f9cd649a90e6f4f66d56798f0 | 09/03/2024 01:18:37 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | d066b05c59e089161ebb7d7b03e16817c6a6e2f1 | 09/03/2024 00:42:38 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 18 | 10bffb503db92610fd7544a57d3288394f0e7529 | 09/02/2024 22:48:59 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 19 | e5f878ecb815afc5a8c5644f643fc592dfb2a5bf | 09/02/2024 22:16:47 | Blacked | 07/10/2021 | 08/02/2021 | PA0002305090 |
| 20 | cc4c9f3139a74ea0f73eeec68efa9ce5594554f9 | 09/02/2024 05:51:10 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 21 | 1d5cdf42bb594d593dd8323f15ab2985da0fd449 | 09/01/2024 22:16:04 | Tushy | 09/13/2021 | 10/05/2021 | PA0002315290 |
| 22 | faad320cc26375411c5e92f37c0f91b2453dee13 | 09/01/2024 01:32:13 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 23 | 3bac85bd422376ccfe77f0123c67ebd67191429f | 09/01/2024 01:09:30 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 24 | 884ea16ec2f8c60eda6cf6588e83a0e60cd41697 | 09/01/2024 00:01:26 | Tushy | 05/22/2022 | 06/27/2022 | PA0002355029 |
| 25 | f321bc4698415b1a78e5aca561998b3ac2f101b2 | 08/31/2024 22:03:01 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 26 | 4762c593a8a3a1e3413ceda58523af6f4f4969d2 | 08/31/2024 21:58:27 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 27 | 3db9361e6d08359eb9e7b9fd1cc503526fec30e1 | 08/31/2024 21:26:59 | Slayed | 01/17/2023 | 02/21/2023 | PA0002400995 |
| 28 | 092b0b3da9421476cb697a1b34ebdcfd33fe6677 | 08/31/2024 18:39:02 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 29 | c624e81177e506187ee15ff9a690b3ffafd3cdca | 08/31/2024 10:18:12 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 30 | 0ba9dfc114d654893b1451f4febeaa05c1b318a9 | 08/31/2024 04:51:27 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 31 | af507bcb428d92917ec5bd804370cfc7423cdaa2 | 08/31/2024 03:22:50 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 32 | cfa03dcc1448f5ffc3fa30b56a507c2e578f5558 | 08/31/2024 01:27:09 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 33 | 43af481ced83923b10d1417c827b9d858c9d63a0 | 08/31/2024 01:04:29 | Tushy | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 34 | dc85e6b74df420efeaa465a34da2fa3e578aed2e | 08/31/2024 00:18:56 | Vixen | 10/29/2021 | 11/11/2021 | PA0002321280 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 197abac97b3d210369fa6d08682c7312d58a5743 | 08/30/2024 23:37:43 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 36 | 3491d32931b613b4647fa8853162204243f7fd0e | 08/30/2024 22:22:23 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 37 | c6339f75a42e83d86d6c1c4ad806f92d56c16005 | 08/30/2024 11:13:47 | Blacked | 05/29/2021 | 07/08/2021 | PA0002300658 |
| 38 | 3bf8426f875decfa85506d36a574f80b2a19f08b | 08/30/2024 10:06:47 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 39 | bd8439ff7aff797453543e8871b133084ee2a0cb | 08/30/2024 10:03:50 | Slayed | 06/14/2022 | 07/21/2022 | PA0002367489 |
| 40 | 600654e7f36376734288126acee5a923bd1b8b71 | 08/30/2024 07:51:38 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 41 | 6fa166c029458628834737928e1696162a300a1c | 08/30/2024 06:53:08 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 42 | 9d2893f53b4af714fd2439e4bf2269dc3e9ca169 | 08/30/2024 02:55:26 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 43 | fd9c0368c4431c607ba410953e0b84aeffe1c670 | 08/30/2024 01:44:11 | Slayed | 03/28/2023 | 06/09/2023 | PA0002415741 |
| 44 | 930d740537f4d444c04867d47221195203abaf23 | 08/29/2024 17:54:58 | Slayed | 06/07/2022 | 07/21/2022 | PA0002367487 |
| 45 | b7525e50b8e6bdfc46b395966b3c45ef3d9725ff | 08/29/2024 12:56:22 | Vixen | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 46 | 8f7489b7395d07e4c978bda3f113aa721df3fb32 | 08/29/2024 12:35:23 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 47 | 02ca54d82e547051ed2139c239a0f084f4907e46 | 08/29/2024 10:48:26 | Blacked | 04/02/2022 | 04/23/2022 | PA0002346422 |
| 48 | 18957e4fd758f37b06979b42305cd599d3aa7c47 | 08/29/2024 09:37:02 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 49 | 190660626B5901C79DBF8692DF409C57C6E6EADB | 08/25/2024 17:53:50 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 50 | 4cd72a0bb3b2626876ecfb128ad6d20a5647607e | 08/18/2024 20:51:39 | Blacked | 01/15/2022 | 02/14/2022 | PA0002335487 |
| 51 | 7180D3C158454F4EAA61633649FA674819A37411 | 08/16/2024 13:34:13 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 52 | 9fac5b8c0e39ae67b4063d844a06be3cb5c38a9a | 07/27/2024 22:13:08 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | d0feed8fa4afcdc0473e96b440766c3540be27c3 | 07/27/2024 16:46:46 | Vixen | 09/17/2021 | 10/05/2021 | PA0002315292 |
| 54 | CE540EB2C512DC71660CEAC109F6CA4DDA5C8B55 | 06/29/2024 23:13:06 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 55 | 413801438C0E04A56560AB471A1A6C169870AEFF | 06/29/2024 23:09:40 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |