AO 121 (Rev. 06/16)

| TO: | Register of Copyrights<br>U.S. Copyright Office 101<br>Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court - Southern District of New York |
|---|---|---|
| DOCKET NO. 25-cv-1263 | DATE FILED<br>2/12/2025 | |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 70.19.45.224 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Tammi M. Hellwig | (BY) DEPUTY CLERK<br>/s/ T. Pisarczyk | DATE<br>05/09/2025 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY   **IP Address:** 70.19.45.224
**Total Works Infringed:** 55   **ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 355FD4BA792CB16CDC72D6B920FB221C5A453461 | 01/19/2025 15:32:08 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 2 | 10E528DADEE1DC6EB326EB29290260CD27CEF538 | 01/19/2025 15:27:47 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 3 | 945B261D79D3E9E173C44FACDFA113BB73B5ACEB | 12/29/2024 22:46:16 | Milfy | 12/25/2024 | 01/16/2025 | PA0002509400 |
| 4 | 2F872CC3383D684714D4EF9DF5E064793831153D | 12/29/2024 22:39:06 | Milfy | 11/06/2024 | 11/18/2024 | PA0002500974 |
| 5 | C77869AA0DB15373CE8EE07FCFAE2F3831B1B7CF | 11/24/2024 04:45:52 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 6 | F37884A4E84145380EA4F3D70820CB9BC4A8761A | 11/09/2024 20:04:34 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 7 | 5821B492293FBEA1E544890748C0744D8A5DA956 | 10/26/2024 22:22:48 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 8 | 677EC7C04A87BA2EAF3A693E65809232888B5B64 | 10/26/2024 21:35:20 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 9 | FA5E3B945877BE983D745793740B38672C53CAEE | 10/26/2024 21:32:57 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 10 | C324B5EC56B9B56380608136E4AFEC1A09A9104C | 10/26/2024 20:51:08 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 11 | 71026bd79dbb59b0299b2d33ae35dfc21bfe314e | 10/11/2024 07:43:46 | Blacked | 07/17/2021 | 08/02/2021 | PA0002305089 |
| 12 | bc2805a3a0d161cdaae3a44ef4e2955f9b12322c | 10/11/2024 05:45:53 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 13 | be1143baafeb7a3f1111f460533d4b9767d6ecfe | 09/15/2024 23:45:52 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 14 | 0509e4fdb01f49ce8dc29221744bc88fba0d776b | 09/14/2024 08:48:11 | Vixen | 08/06/2021 | 08/23/2021 | PA0002308435 |
| 15 | 029cc4a772b0b83ee53f767fdd4f63c281ea91ea | 09/07/2024 11:47:31 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 16 | 94fbe091ad83512f9cd649a90e6f4f66d56798f0 | 09/03/2024 01:18:37 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | d066b05c59e089161ebb7d7b03e16817c6a6e2f1 | 09/03/2024 00:42:38 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 18 | 10bffb503db92610fd7544a57d3288394f0e7529 | 09/02/2024 22:48:59 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 19 | e5f878ecb815afc5a8c5644f643fc592dfb2a5bf | 09/02/2024 22:16:47 | Blacked | 07/10/2021 | 08/02/2021 | PA0002305090 |
| 20 | cc4c9f3139a74ea0f73eeec68efa9ce5594554f9 | 09/02/2024 05:51:10 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 21 | 1d5cdf42bb594d593dd8323f15ab2985da0fd449 | 09/01/2024 22:16:04 | Tushy | 09/13/2021 | 10/05/2021 | PA0002315290 |
| 22 | faad320cc26375411c5e92f37c0f91b2453dee13 | 09/01/2024 01:32:13 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 23 | 3bac85bd422376ccfe77f0123c67ebd67191429f | 09/01/2024 01:09:30 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 24 | 884ea16ec2f8c60eda6cf6588e83a0e60cd41697 | 09/01/2024 00:01:26 | Tushy | 05/22/2022 | 06/27/2022 | PA0002355029 |
| 25 | f321bc4698415b1a78e5aca561998b3ac2f101b2 | 08/31/2024 22:03:01 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 26 | 4762c593a8a3a1e3413ceda58523af6f4f4969d2 | 08/31/2024 21:58:27 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 27 | 3db9361e6d08359eb9e7b9fd1cc503526fec30e1 | 08/31/2024 21:26:59 | Slayed | 01/17/2023 | 02/21/2023 | PA0002400995 |
| 28 | 092b0b3da9421476cb697a1b34ebdcfd33fe6677 | 08/31/2024 18:39:02 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 29 | c624e81177e506187ee15ff9a690b3ffafd3cdca | 08/31/2024 10:18:12 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 30 | 0ba9dfc114d654893b1451f4febeaa05c1b318a9 | 08/31/2024 04:51:27 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 31 | af507bcb428d92917ec5bd804370cfc7423cdaa2 | 08/31/2024 03:22:50 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 32 | cfa03dcc1448f5ffc3fa30b56a507c2e578f5558 | 08/31/2024 01:27:09 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 33 | 43af481ced83923b10d1417c827b9d858c9d63a0 | 08/31/2024 01:04:29 | Tushy | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 34 | dc85e6b74df420efeaa465a34da2fa3e578aed2e | 08/31/2024 00:18:56 | Vixen | 10/29/2021 | 11/11/2021 | PA0002321280 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 197abac97b3d210369fa6d08682c7312d58a5743 | 08/30/2024 23:37:43 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 36 | 3491d32931b613b4647fa8853162204243f7fd0e | 08/30/2024 22:22:23 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 37 | c6339f75a42e83d86d6c1c4ad806f92d56c16005 | 08/30/2024 11:13:47 | Blacked | 05/29/2021 | 07/08/2021 | PA0002300658 |
| 38 | 3bf8426f875decfa85506d36a574f80b2a19f08b | 08/30/2024 10:06:47 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 39 | bd8439ff7aff797453543e8871b133084ee2a0cb | 08/30/2024 10:03:50 | Slayed | 06/14/2022 | 07/21/2022 | PA0002367489 |
| 40 | 600654e7f36376734288126acee5a923bd1b8b71 | 08/30/2024 07:51:38 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 41 | 6fa166c029458628834737928e1696162a300a1c | 08/30/2024 06:53:08 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 42 | 9d2893f53b4af714fd2439e4bf2269dc3e9ca169 | 08/30/2024 02:55:26 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 43 | fd9c0368c4431c607ba410953e0b84aeffe1c670 | 08/30/2024 01:44:11 | Slayed | 03/28/2023 | 06/09/2023 | PA0002415741 |
| 44 | 930d740537f4d444c04867d47221195203abaf23 | 08/29/2024 17:54:58 | Slayed | 06/07/2022 | 07/21/2022 | PA0002367487 |
| 45 | b7525e50b8e6bdfc46b395966b3c45ef3d9725ff | 08/29/2024 12:56:22 | Vixen | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 46 | 8f7489b7395d07e4c978bda3f113aa721df3fb32 | 08/29/2024 12:35:23 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 47 | 02ca54d82e547051ed2139c239a0f084f4907e46 | 08/29/2024 10:48:26 | Blacked | 04/02/2022 | 04/23/2022 | PA0002346422 |
| 48 | 18957e4fd758f37b06979b42305cd599d3aa7c47 | 08/29/2024 09:37:02 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 49 | 190660626B5901C79DBF8692DF409C57C6E6EADB | 08/25/2024 17:53:50 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 50 | 4cd72a0bb3b2626876ecfb128ad6d20a5647607e | 08/18/2024 20:51:39 | Blacked | 01/15/2022 | 02/14/2022 | PA0002335487 |
| 51 | 7180D3C158454F4EAA61633649FA674819A37411 | 08/16/2024 13:34:13 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 52 | 9fac5b8c0e39ae67b4063d844a06be3cb5c38a9a | 07/27/2024 22:13:08 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | d0feed8fa4afcdc0473e96b440766c3540be27c3 | 07/27/2024 16:46:46 | Vixen | 09/17/2021 | 10/05/2021 | PA0002315292 |
| 54 | CE540EB2C512DC71660CEAC109F6CA4DDA5C8B55 | 06/29/2024 23:13:06 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 55 | 413801438C0E04A56560AB471A1A6C169870AEFF | 06/29/2024 23:09:40 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |

Jacqueline M. James, Esq. (#1845)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 70.19.45.224,<br><br>  Defendant. | Civil Action No. 1:25-cv-01263-AS |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND
### VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 70.19.45.224 ("Defendant"), through Defendant's counsel, Leslie Farber, Esq.. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 08, 2025                              Respectfully submitted,

1

2

                By:   /s/ *Jacqueline M. James*  
                       Jacqueline M. James, Esq. (#1845)  
                       The James Law Firm, PLLC  
                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 08, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:   /s/ *Jacqueline M. James*  
                       Jacqueline M. James, Esq.